# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1001**

**OP 12-00495**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF SAMUEL E. MESSER, PETITIONER,

V                                                                                    ORDER

MONROE COUNTY WATER AUTHORITY, RESPONDENT.

---

UNDERBERG & KESSLER LLP, ROCHESTER (DAVID M. TANG OF COUNSEL), FOR PETITIONER.

BOYLAN CODE LLP, ROCHESTER (SHEILA M. CHALIFOUX OF COUNSEL), FOR RESPONDENT.

---

Proceeding pursuant to EDPL 207 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to annul the determination of respondent.

Now, upon reading and filing the stipulation to discontinue signed by the attorneys for the parties on June 20, 2012,

It is hereby ORDERED that said proceeding is unanimously dismissed without costs upon stipulation.

Entered:   September 28, 2012                          Frances E. Cafarell
                                                       Clerk of the Court